UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04CR10149 RWZ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. |
| v. ) | |
| ) | VIOLATIONS: |
| ) | Count One: 8 U.S.C. § 1326 |
| ) | (Illegal Re-entry of |
| JOSE LUIS CRUZ, a/k/a, ) | Deported Alien) |
| GEORGE EVANGELISTA QUESADA ) | Count Two: 18 U.S.C. § 1542 |
| ) | (False Statements in Passport |
| ) | Application) |
| ) | Count Three: 42 U.S.C. § 408 |
| ) | (False Representation of |
| ) | Social Security Account |
| ) | Number) |

INDICTMENT

**COUNT ONE**:   8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about February 2, 2004, at Lynn, in the District of Massachusetts,

**JOSE LUIS CRUZ, a/k/a
GEORGE EVANGELISTA QUESADA,**

defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security on and after that date, to reapply for admission to the

United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b) and Title 6, United States code, Sections 202(3) and (4) and Section 551.

**COUNT TWO**: 18 U.S.C. § 1542 -- False Statements in Passport Application

The Grand Jury further charges that:

On or about September 3, 2002, at Santo Domingo, in the Dominican Republic,

**JOSE LUIS CRUZ, a/k/a**
**GEORGE EVANGELISTA QUESADA,**

defendant herein, did willfully and knowingly make false statements in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1542.

**COUNT THREE:**   42 U.S.C. § 408 -- False Representation of Social Security Account Number

The Grand Jury further charges that:

On or about September 3, 2002, at Santo Domingo, in the Dominican Republic,

**JOSE LUIS CRUZ, a/k/a
GEORGE EVANGELISTA QUESADA,**

defendant herein, for the purpose of obtaining a benefit and a thing of value to which he was not entitled, to wit, the issuance of a United States passport, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; 5-12, 2004 @ 3:41 PM

Returned into the District Court by Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

Place of Offense: Boston    Category No. II    Investigating Agency: ICE

City: Lynn    Related Case Information:

County: Essex
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Jose Luis Cruz    Juvenile: ☐ Yes  x No

Alias Name: George Evangelista Quesada

Address: _____

Birthdate: **/**/77    SS # ***-**-3471    Sex: M    Race: H    Nationalit: Dominican Rep.

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Robert E. Richardson    Bar Number if applicable _____

Interpreter: ☐ Yes  x No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  ☐ No

   x Warrant Requested    ☐ Regular Process    In Custody

**Location Status:**

Arrest Date: _____

x Already in Federal Custody as of 4/20/04 in ICE administrative detention
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    X Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/12/04    Signature of AUSA: /s/ Robert E. Richardson

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jose Luis Cruz, a/k/a George Evangelista Quesada

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   8 U.S.C. 1326 | Illegal Re-entry After Deportation | 1 |
| Set 2   18 U.S.C. 1542 | False Statements in Passport Application | 2 |
| Set 3   42 U.S.C. 408 | False Representation of Social Security Number | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45.wpd - 2/7/02