AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOSE LUIS CRUZ, a/k/a

GEORGE EVANGELISTA QUESADA

## WARRANT FOR ARREST

CASE NUMBER: 04-10149-RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jose Luis Cruz, a/k/a George Evangelista Quesada
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Illegal Re-entry of a Deported Alien, Making False Statements in a Passport Application, and False Representation of a Social Security Account Number

in violation of Title _____ 8, 18, and 42 _____ United States Code, Section(s) _____

Sheila Diskes
Name of Issuing Officer

_Shiela Diskes_
Signature of Issuing Officer

Title of Issuing Officer

Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 5/4/04 | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.