AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _Massachusetts_____

UNITED STATES OF AMERICA

v.

*Jose Luis Cruz*

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: CR04-10149 RWZ

I, __Jose Cruz_____, charged in a (complaint) (petition) pending in this District with __Illegal Re-entry After Deportation_____ in violation of Title __18__, U.S.C., __1326 et al__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ~~preliminary (examination)~~ (hearing), do hereby waive (give up) my right to a ~~preliminary (examination)~~ (hearing). detention

detention without prejudice.

_____
Defendant

5-18-04
Date

_____
Counsel for Defendant

FILED
In Open Court
USDC, Mass.
Date 5-18-04
By _____
Deputy Clerk