UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2004-10149-RWZ

UNITED STATES OF AMERICA

V.

JOSE LUIS CRUZ A/K/A GEORGE EVANGELISTA QUESADA

## ORDER ON DETENTION

June 4, 2004

ALEXANDER, M.J.

The defendant, JOSE LUIS CRUZ A/K/A GEORGE EVANGELISTA QUESADA, appeared before this Court on May 18, 2004 for a detention hearing pursuant to an indictment charging him with violations of 8 U.S.C. § 1326 (illegal re-entry of a deported alien), 18 U.S.C. § 1542 (making false statements in the application and/or use of a passport), and 42 U.S.C. § 408 (false representations of a social security number or account). At the time, Attorney Charles McGinty of the Federal Defender's Office represented the defendant and Assistant United States Attorney Robert Richardson appeared on behalf of the government. Following the government's renewed motion for detention pursuant to 18 U.S.C. § 3142 (f)(2)(A) (risk of flight), the defendant consented to detention at this time, waiving without prejudice his right to a hearing on the issue of detention. Accordingly, the Court ORDERED the defendant, JOSE LUIS CRUZ A/K/A GEORGE EVANGELISTA QUESADA, be DETAINED pursuant to 18 U.S.C. § 3142 (e).

SO ORDERED.

_____
United States Magistrate Judge