UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10149-RWZ |
| ) | |
| **JOSE LUIS CRUZ**   ) | |

### GOVERNMENT'S MOTION FOR STATUS CONFERENCE

The case having been referred to the Court by the United States Magistrate Judge, the government respectfully moves this Court for a status conference.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

Suffolk, ss.:                          Boston, Massachusetts
                                       November 9, 2004

I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on Charles McGinty, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210.

/s/ Robert E. Richardson
ROBERT E. RICHARDSON