UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10149-RWZ |
| ) | |
| JOSE LUIS CRUZ ) | |

<u>JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)</u>

The United States of America and defendant submit this joint memorandum addressing the issues set forth in Local Rule 116.5(C)(1) through (9).

<u>(C)(1)</u>

There are no discovery issues not yet presented.

<u>(C)(2)</u>

The parties do not anticipate additional discovery.

<u>(C)(3)</u>

Defendant does not intend to raise issues of insanity or public authority.

<u>(C)(4)</u>

The government did not request notice of alibi.

<u>(C)(5)</u>

Defendant does not intend to file a motion to dismiss or to suppress statements.

<u>(C)(6)</u>

No schedule needs to be set for any matter other than trial.

(C)(7)

The parties have discussed the possibility of an early resolution of the case without a trial and the discussions have not yet concluded.

(C)(8)

There are no disagreements among the parties regarding speedy trial periods.

(C)(9)

The government estimates that trial will last approximately 2 trial days.

| United States Attorney | By his attorney, |
|---|---|
| By: /s/ Robert Richardson<br>Robert Richardson<br>Assistant U.S. Attorney | /s/ Charles P. McGinty<br>Charles P. McGinty<br>B.B.O. #333480<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA  02210<br>Tel: 617-223-8061 |