UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>  )<br>     v.         )<br>  )<br>**JOSE LUIS CRUZ** ) | CRIMINAL NO. 04-10149-RWZ |

**JOINT MOTION TO EXCLUDE TIME**

The parties hereby respectfully move that the Court exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. ("STA"), the periods from June 22, 2004 to and including July 14, 2004; the period from July 14, 2004 to and including September 14, 2004; and the period from September 14, 2004 to and including October 12, 2004.

Respectfully submitted,

JOSE LUIS CRUZ                    MICHAEL J. SULLIVAN
Defendant                         United States Attorney


By:                               By:
/s/Charles B. McGinty(rer)        /s/Robert E. Richardson
CHARLES B. McGINTY                ROBERT E. RICHARDSON
Federal Defender Office           Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.:                     Boston, Massachusetts
                                  January 5, 2005

I, Robert E. Richardson, hereby certify that I caused a true and correct copy of the foregoing to be served by electronic filing this date on Charles McGinty, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210.

/s/ Robert E. Richardson
ROBERT E. RICHARDSON